[No. 22602-6–III.   Division Three.   June 9, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. COLE, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 03-1-00243-6, Michael E. Cooper, J., entered December 15, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 32320-6-II.   Division Two.   June 10, 2005.]

PUBLIC COMMUNICATIONS SERVICES, INC., *Appellant*, v. THE DEPARTMENT OF CORRECTIONS ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-01884-3, Christine A. Pomeroy, J., entered October 4, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 51974-3-I.   Division One.   June 13, 2005.]

*In the Matter of the Detention of* BURT BOBBY DANIELS.

Appeal from a judgment of the Superior Court for King County, No. 00-2-07190-6, Terence Lukens, J., entered March 25, 2004. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Agid, JJ.

[No. 53627-3-I.   Division One.   June 13, 2005.]

WAJIH ALAIYAN, *Appellant*, v. INSIGHTFUL CORPORATION, *Respondent.*

Appeal from judgments of the Superior Court for King County, No. 02-2-35639-7, Mary Yu, J., entered December 5 and 24, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Becker, JJ.